## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES EVANS,** | ) | **CASE NO. 8:09CV233** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **COTTON, Omaha Police Officer, and** | ) | |
| **JOHN DOE, Cohort of Cotton,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis.

(Filing No. 2).  Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially

eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is

provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 24th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge