## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES EVANS,** | ) | **CASE NO. 8:09CV233** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **COTTON, Omaha Police Officer,** | ) | |
| | ) | |
| **Defendant.** | ) | |

  This matter is before the court on its own motion. On March 19, 2010, Defendant filed a Motion to Dismiss asking the court to dismiss this matter because defense counsel's attempts to communicate with Plaintiff have failed. (Filing No. 19.) Specifically, defense counsel states that he sent mail to the address Plaintiff provided the court, but it was returned as undeliverable. (*Id*.)

  Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

  IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until **July 23, 2010**, to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice; and

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: July 23, 2010: deadline for informing court of new address.

DATED this 23rd day of June, 2010.

                BY THE COURT:

                s/Laurie Smith Camp
                United States District Judge

---

  *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.